AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19 MJ 05152 | Date and time warrant executed: 12/10/2019  1048 | Copy of warrant and inventory left with: Det. Mirakyan, BPD |
|---|---|---|

Inventory made in the presence of: Detective Lt. Mirakyan BPD.

Inventory of the property taken and name of any person(s) seized:

1. Apple IPhone Model A 1549 (Subj. Device #1)
2. Apple IPhone A1660 (Subj. Device #2)
3. T-Mobile REVVL (Subj. Device #3)
4. Samsung phone SM-J260T1 (Subj. Device #4)
5. Apple IPhone A 1428 (Subj. Device #5)
6. Apple IPhone with clear case (Subj. Device #6)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2019

*Executing officer's signature*

SA CONAN CHANG
*Printed name and title*